1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  VINEET GAURI (ILSBN 6242953)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3924
7       Facsimile: (510) 637-3724
        Vineet.Gauri@usdoj.gov
8
   Attorneys for Plaintiff
9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,        )    No.   06-70633-WDB
                                    )
14       Plaintiff,                 )
                                    )
15                                  )    **ORDER RE: PROCEEDINGS ON OUT-OF**
             v.                     )    **DISTRICT CRIMINAL CHARGES**
16                                  )    **PURSUANT TO RULES 5(c)(2) AND (3)**
   BRETT BARRY WHITMORE,            )    **OF THE FEDERAL RULES OF**
17                                  )    **CRIMINAL PROCEDURE**
                                    )
18       Defendant.                 )
                                    )
19                                  )
   _____  )
20

21                              **ORDER**

22       It is ORDERED that the defendant, BRETT BARRY WHITMORE, appear before the

23 Honorable Carl Horn III, U.S. Magistrate Judge, Magistrate Courtroom, Charles R. Jonas Federal

24 Building, 401 West Trade Street, Charlotte, North Carolina, on Thursday, November 9, 2006 at 9:30

25 a.m. to make his initial appearance on the superseding indictment pending against him in the

26 //

                                    - 1 -

1  Western District of North Carolina in Case Number 3:05CR345-Conrad.

4  DATED: October 24, 2006

```
                                          _____
                                                HON. WAYNE D. BRAZIL
                                             UNITED STATES MAGISTRATE JUDGE
```