1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 | 555 12TH St. – Suite 650
Oakland, CA 94607-3627
4 | Tel. 1-510-637-3500

5 | Counsel for Defendant WHITMORE

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 4-06-70633-WDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER MODIFYING CONDITIONS AND |
| BRETT BARRY WHITMORE | ) | PROVIDING TRANSPORTATION |
| | ) | |
| Defendant. | ) | |
| | ) | |

After hearing this matter, and good cause appearing therefore, it is hereby

ORDERED that the release conditions in this case be modified to permit the defendant to travel within the Eastern District of California, for the purpose of visiting with his father. It is further

ORDERED that the United States Marshals Service furnish Mr. Whitmore with non-custodial transportation to Charlotte, North Carolina so that he may attend his court appearances there. The defendant is further

1  ORDERED to present his dates of travel to the United States Marshals Service as soon as
2  possible.  The appearance date will require travel in advance of November 9, 2006, unless that
3  appearance date is modified by the District Court in North Carolina.

5  Dated:   October 24, 2006



Hon. Wayne D. Brazil
United States Magistrate Judge